UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CYNTHIA SHEA, | ) CASE NO. 1:11CV1076 |
| Plaintiff, | ) JUDGE JOHN R. ADAMS |
| -vs- | ) |
| | ) <u>MEMORANDUM OF OPINION</u> |
| COMMISSIONER OF SOCIAL SECURITY | ) <u>AND ORDER</u> |
| Defendant. | ) |

The Social Security Administration denied Plaintiff's application for disability insurance benefits. Plaintiff sought judicial review of the Commissioner's decision, and this Court referred the case to Magistrate Judge Kathleen Burke for preparation of a report and recommendation pursuant to 28 U.S.C. § 636 and Local Rules 72.2(b)(1). The Magistrate Judge submitted a report and recommendation (Doc. 22) recommending that the Court reverse the Commissioner's decision and remand the matter.

Fed. R. Civ. P. 72(b) provides that the parties may object to a report and recommendation within fourteen (14) days after service. Defendant has filed a notice that he does not intend to object to the Magistrate's report and recommendation. Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984); *Howard v. Sec'y of Health and Human Servs.*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

Accordingly, the report and recommendation of the Magistrate Judge is hereby adopted. The Commissioner's decision denying benefits is REVERSED and the matter is REMANDED for further consideration.

IT IS SO ORDERED.


Dated:  March 20, 2012                             */s/ John R. Adams*_____
                                                    JOHN R. ADAMS
                                                    UNITED STATES DISTRICT JUDGE